## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Thomas A. Nuetzman,

        Plaintiff,                   Civil 06-2730 (PAM/JSM)

v.

**ORDER OF DISMISSAL**

Con-Way Transportation Services, Inc.
*fka Con-Way Central Express Company, Inc.*

        Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March    8   , 2008

                                                  s/Paul A. Magnuson
                                                Paul A. Magnuson, Judge
                                                United States District Court